IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL THOMAS MCLEMORE**                                                          **PETITIONER**
**REG. # 18105-043**

V.                     NO.  2:25-CV-00174-BSM-ERE

**WARDEN, FCI-FORREST CITY**                                                         **RESPONDENT**

## ORDER

On September 5, 2025, Petitioner Michael McLemore filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. *Doc. 1*. Respondent was served with the petition, and a response is due October 29, 2025. *Doc. 13*.

Due to the government shutdown, various federal employees have been furloughed, including the entire civil division of the U.S. Attorney's Office for the Eastern District of Arkansas. This case cannot proceed until Respondent files a response; however, Respondent's attorneys of record, through no fault of their own, are not permitted to work at this time.

Based on the Court's inherent authority to manage its docket, the Court *sua sponte* extends Respondent's deadline to file a response to Petitioner's habeas petition until 14 days *after* Congress restores appropriations for the United States Attorney for the Eastern District of Arkansas.

So Ordered 28 October 2025.

_____
UNITED STATES MAGISTRATE JUDGE