IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL THOMAS McLEMORE**  **PETITIONER**
Reg. No. 18105-043

v.  CASE NO. 2:25-CV-00174-BSM

**WARDEN, FCI-FORREST CITY**  **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 30] is adopted. Michael McLemore's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 5th day of January, 2026.

UNITED STATES DISTRICT JUDGE