## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MICHAEL THOMAS McLEMORE**                                    **PETITIONER**
Reg. No. 18105-043

**v.**                         **CASE NO. 2:25-CV-00174-BSM**

**WARDEN, FCI-FORREST CITY**                                  **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE